UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APRIL ROSENBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. |
| | ) 1:11-cv-0605 SEB-TAB |
| GLOBAL CREDIT & COLLECTIONS | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW the Plaintiff, APRIL ROSENBERGER ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, GLOBAL CREDIT & COLLECTIONS, alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Indiana, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

### PARTIES

5. Plaintiff is a natural person who resides in the Bedford, Lawrence County, Indiana and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

1

6. Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the City of Buffalo, New York.

7. Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. Defendant has been contacting Plaintiff regarding an alleged debt owed.

9. Defendant places collection calls to Plaintiff on her work telephone number.

10. Plaintiff has notified Defendant that she is not allowed to receive personal calls from her work telephone and gave her cellular telephone number so Defendant can call her.

11. Despite Plaintiff notifying Defendant that she is not allowed to receive personal calls from her work telephone number, Defendant continues to call Plaintiff's work telephone number.

12. Defendant calls Plaintiff from 877-234-1835.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

17. Plaintiff repeats, reallages and incorporates by reference all of the foregoing paragraphs.

18. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated *§1692c(a)(3)* by repeatedly contacting Plaintiff at her place of employment even though Defendant knew that Plaintiff's employer prohibits the consumer from receiving such communications.

b) Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff;

c) Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt by calling her place of employment even though Defendant knew that Plaintiff's employer prohibits the consumer from receiving such communications.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

19. Statutory damages of $1000.00 pursuant to the Federal Act, 15 U.S.C. 1692k.

20. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

21. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD

_____
Michael Agruss
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, APRIL ROSENBERGER, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF INDIANA

Plaintiff, APRIL ROSENBERGER, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, APRIL ROSENBERGER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 2/10/11

APRIL ROSENBERGER
Plaintiff

4